**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JOSE PAVON-TORRES,<br>*Petitioner*<br><br>v.<br><br>WARDEN, SOUTH TEXAS IMMIGRATION PROCESSING CENTER, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>*Respondents* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. SA-26-CV-03477-XR |

## FINAL JUDGMENT

On this date, the Court considered the status of this case. Petitioner brought this Petition for a Writ of Habeas Corpus, challenging the legality of Petitioner's detention. ECF No. 1. Petitioner has since been released from detention. *See* ECF No. 13. Because Respondents are thus no longer detaining Petitioner, the Petition is moot. This case is therefore **DISMISSED AS MOOT**.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this November 16, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE